# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>N & N WORKS, LLC, NISON YUSUPOV, NATAN YUSUPOV, JEFFREY FEGAN and IRINA FEGAN,<br><br>Defendants | CIVIL ACTION NO.: 3:19-CV-20687-FLW-LHG<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff, Penn National Mutual Casualty Insurance Company, by and through its undersigned attorneys, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the above captioned action against without prejudice. Each party shall bear their own costs.

WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY, LLP

By: *Christine C. McGuigan, Esq. /s/*
Christine C. McGuigan, Esquire
*Attorneys for Plaintiff,*
*Pennsylvania National Mutual*
*Casualty Insurance Company*

Date:

By: _____
Jeffrey Fegan – *Pro Se*

_____
Irina Fegan – *Pro Se*
*Defendants/Plaintiffs of the Counterclaim*


By:

_____
David M. Welt, Esq.
*Attorneys for Defendants N&N Works, LLC, Nisan Yusupov and Natan Yusupov*